JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYAN PAUL GOETTER, | Case No. 5:25-cv-00933-MWC-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN M. MONTEROSSO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: June 25, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge