UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYAN PAUL GOETTER,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN M. MONTEROSSO, et al.,<br><br>  Defendants. | Case No. 5:25-cv-00933-MWC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 5, "FAC") and the Report and Recommendation of the magistrate judge (Dkt. 7, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: June 25, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge